# EXHIBIT A



U.S. POSTAGE PAID
WATERBURY, CT
06704
DEC 01, 12
AMOUNT
$5.75
00082671-04

55127

CERTIFIED MAIL

7011 0110 0002 4558 0597

I.C. SYSTEM
444 HIGHWAY 96 EAST
ST. PAUL MN. 55127

MARCINISSYN
633 WILLOW ST
WATERBURY CT 06710

RETURN RECEIPT
REQUESTED

501 88594-1

**SMALL CLAIMS WRIT AND NOTICE OF SUIT**
JD-CV-40 Rev. 8-11
C.G.S. §§ 51-15, 51-345(g)

RECEIVED
DEC 0 4 2012

**CONNECTICUT SUPERIOR COURT SMALL CLAIMS SESSION**

Type or print legibly. This Writ and Notice of Suit must be served on (delivered to) the defendant(s) before filing it with the court. See Instructions to Plaintiff on reverse.

For Court Use Only
Do Not Write In This Space
Barcode Label Only

1.) Information that will determine where the trial will be
**WATERBURY**

2.) Is this a claim between a landlord and a renter? ("X" one)  Yes  [X] No
3.) If you answered "yes" to question #2 above, state the town where the rental premises is located:

**PLTF #1**
4.) Name, address and zip code of Plaintiff #1
DAVID MARCINISZYN
633 WILLOW STREET
WATERBURY CT 06710
Telephone number (w/area code): 203-982-0050
("X" One): [X] Individual  ☐ LLC  ☐ DBA  ☐ Partnership  ☐ Corporation

**PLTF #2**
Name, address and zip code of Plaintiff #2

5.) Name, address and zip code of Attorney for Plaintiff(s)
Attorney's Juris number | Telephone number (w/area code)

**DEF #1**
6.) Name, address and zip code of Defendant #1
I.C. SYSTEM
444 HIGHWAY 96 EAST
ST. PAUL, MN 55127
Telephone number (w/area code): 651-483-8201
("X" One): ☐ Individual  ☐ LLC  [X] DBA  ☐ Partnership  ☐ Corporation

**DEF #2**
Name, address and zip code of Defendant #2
JOHN A ERICKSON, IV
4489 COSETTE LN N
HUGO, MN, 55038
Telephone number (w/area code): 651-426-8899
("X" One): [X] Individual  ☐ LLC  ☐ DBA  ☐ Partnership  ☐ Corporation

For more than 2 defendants, attach Continuation of Parties, Form JD-CV-67, and "X" box. ☐

7.) If this claim is a consumer debt (a debt or obligation made primarily for personal, family or household reasons), give the reasons why you believe that the statute of limitations has not expired.

8.) How did you check in the last 6 months that the address given for defendant(s) is accurate? "X" all boxes that apply and provide the dates that the address was checked.

☐ 1) I checked town or city records (for example, checking a street list or tax records); _____ (date checked)

☐ 2) I checked with the Department of Motor Vehicles; _____ (date checked)

☐ 3) I received correspondence (letters or other mail) from the defendant with that return address; _____ (date checked)

[X] 4) I received other proof from the defendant that the address is current;
Addressed based of prior agreement and communication. Defendant is registered with DOB License numbers 6956, 82, 20386 & 6955. Registered with SOS License number 0022996; status Active. (description of proof and date checked)

☐ 5) I mailed by first class mail, at least 4 weeks before this small claims action was filed, a letter to the defendant at the address used and the letter has not been returned to me by the United States Postal Service. _____ (date checked)

9.) Amount claimed
**$3,961.46**   Plus costs

10.) You are being sued. The Plaintiff(s) claims you owe the above amount for the following reasons:

Breach of Agreement. Violation FDCPA. Violation CUTPA. Violation Unfair and Deceptive Trade Practices. Mail Fraud. Defendant is making demands for money through the US Postal System. Plaintiff has an agreement with the Defendant to cease collection and delete Tradeline. (Credit Damage not claimed in this Court). Plaintiff requests Post Judgment Interest. Plaintiff has irrefutable evidence that debt is not owed. Plaintiff requests monetary relief and punitive monetary damages.

The person signing below, being duly sworn, states that he or she has read the claim above and the information contained in this form and, to the best of his or her knowledge, information and belief, there is good ground to support the claim and the information is true.

11.) Signed: [signature]
Type in name of person signing at left and title, if applicable: DAVID MARCINISZYN
Subscribed and sworn to before me on (Date): 12/01/2012
Signed (Clerk, Notary, Commissioner of Superior Court): [signature]

For Court Use Only (Date/Stamp)

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/.

Distribution: Original - Court | Copy 1 - Defendant | Copy 2 - Defendant | Copy 3 - Plaintiff



MARCINISZYN
633 WILLOW ST
WATERBURY CT 06710

CERTIFIED MAIL
7011 0110 0002 4558 0603

JOHN A ERICKSON, IV
4499 COSETTE LN N
HUGO MN 55038

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
WATERBURY, CT 06704
DEC 01, 12
AMOUNT $5.75
0008267I-04

12/4/12

12/13/12 John walked down

**SMALL CLAIMS WRIT AND NOTICE OF SUIT**
JD-CV-40 Rev. 8-11
C.G.S. §§ 51-15, 51-345(g)

**CONNECTICUT SUPERIOR COURT**
SMALL CLAIMS SESSION

*Type or print legibly. This Writ and Notice of Suit must be served on (delivered to) the defendant(s) before filing it with the court. See Instructions to Plaintiff on reverse.*

*For Court Use Only Do Not Write In This Space Barcode Label Only*

1.) Information that will determine where the trial will be: **WATERBURY**

2.) Is this a claim between a landlord and a renter? ("X" one) [ ] Yes [X] No

3.) If you answered "yes" to question #2 above, state the town where the rental premises is located:

**PLTF #1**
4.) Name, address and zip code of Plaintiff #1
**DAVID MARCINISZYN**
**633 WILLOW STREET**
**WATERBURY CT 06710**
Telephone number (w/area code): **203-982-0050**
("X" One) [X] Individual [ ] LLC [ ] DBA [ ] Partnership [ ] Corporation

**PLTF #2**
Name, address and zip code of Plaintiff #2
Telephone number (w/area code)
("X" One) [ ] Individual [ ] LLC [ ] DBA [ ] Partnership [ ] Corporation

5.) Name, address and zip code of Attorney for Plaintiff(s) | Attorney's Juris number | Telephone number (w/area code)

**DEF #1**
6.) Name, address and zip code of Defendant #1
**I.C. SYSTEM**
**444 HIGHWAY 96 EAST**
**ST. PAUL, MN 55127**
Telephone number (w/area code): **651-483-8201**
("X" One) [ ] Individual [ ] LLC [ ] DBA [ ] Partnership [X] Corporation

**DEF #2**
Name, address and zip code of Defendant #2
**JOHN A ERICKSON, IV**
**4489 COSETTE LN N**
**HUGO, MN, 55038**
Telephone number (w/area code): 651-426-8899
("X" One) [X] Individual [ ] LLC [ ] DBA [ ] Partnership [ ] Corporation

For more than 2 defendants, attach *Continuation of Parties*, Form JD-CV-67, and "X" box. [ ]

7.) If this claim is a consumer debt (a debt or obligation made primarily for personal, family or household reasons), give the reasons why you believe that the statute of limitations has not expired.

8.) How did you check in the last 6 months that the address given for defendant(s) is accurate? "X" all boxes that apply and provide the dates that the address was checked.

[ ] 1) I checked town or city records (for example, checking a street list or tax records); *(date checked)*

[ ] 2) I checked with the Department of Motor Vehicles; *(date checked)*

[ ] 3) I received correspondence (letters or other mail) from the defendant with that return address; *(date checked)*

[X] 4) I received other proof from the defendant that the address is current;
**Addressed based of prior agreement and communication. Defendant is registered with DOB License numbers 6956, 82, 20386 & 6955. Registered with SOS License number 0022996; status Active.** *(description of proof and date checked)*

[ ] 5) I mailed by first class mail, at least 4 weeks before this small claims action was filed, a letter to the defendant at the address used and the letter has not been returned to me by the United States Postal Service. *(date checked)*

9.) Amount claimed: **$3,961.46** **Plus costs**

10.) You are being sued. The Plaintiff(s) claims you owe the above amount for the following reasons:

**Breach of Agreement. Violation FDCPA. Violation CUTPA. Violation Unfair and Deceptive Trade Practices. Mail Fraud. Defendant is making demands for money through the US Postal System. Plaintiff has an agreement with the Defendant to cease collection and delete Tradeline. (Credit Damage not claimed in this Court). Plaintiff requests Post Judgment Interest. Plaintiff has irrefutable evidence that debt is not owed. Plaintiff requests monetary relief and punitive monetary damages.**

The person signing below, being duly sworn, states that he or she has read the claim above and the information contained in this form and, to the best of his or her knowledge, information and belief, there is good ground to support the claim and the information is true.

11.) Signed: [signature]

Type in name of person signing at left and title, if applicable: DAVID MARCINISZYN

For Court Use Only *(Date/Stamp)*

Subscribed and sworn to before me on *(Date)*: 12/01/2012

Signed *(Clerk, Notary, Commissioner of Superior Court)*: [signature]

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/.

**Distribution:** Original - Court | Copy 1 - Defendant | Copy 2 - Defendant | Copy 3 - Plaintiff